IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARL BIRDWELL, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED; | § § § § | |
| *Plaintiff,* | § § | SA-20-CV-00855-JKP |
| vs. | § § | |
| LENCHO OILFIELD SERVICES INC., LAWRENCE DECULIT, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled and numbered cause of action is the parties' Joint Motion to Extend Deadlines [#30]. By their motion, the parties ask the Court to extend the previously imposed deadline to take Defendants' corporate representative deposition, to file a motion to issue notice to any similarly situated employees, and to submit a proposed scheduling order by two weeks. The parties also ask the Court to continue the initial pretrial conference scheduled for July 20, 2021, in light of the requested extensions. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties are authorized to undertake the following limited discovery during this initial phase: Plaintiff may depose Defendant's corporate representative **on or before July 22, 2021**, but may only depose the representative on the following topics: (1) Plaintiff Birdwell's pay, hours worked, and duties, including but not limited to questions regarding Plaintiff Birdwell's employee file, pay records, time records, and other responsive documents produced by Defendants; (2) the manner in which Solid Control Technicians were paid, including the specifics of how their pay was calculated; (3) the duties of

1

Solid Control Technicians; and (4) the extent to which Plaintiff Birdwell's pay and duties were consistent with other Solid Control Technicians' duties and pay.

**IT IS FURTHER ORDERED** that Plaintiff **FILE** any motion to issue notice to similarly situated employees on or before **August 6, 2021**.

**IT IS FURTHER ORDERED** that the parties **SUBMIT** an amended proposed scheduled order pursuant to Local Rule CV-16(c) and in accordance with the instruction in the Court's Order [#21] no later than **August 13, 2021**.

**IT IS FINALLY ORDERED** that this case is **SET** for a **TELEPHONIC STATUS CONFERENCE** on **August 19, 2021 at 11:00 a.m**. Counsel for all parties are **required to appear by phone** for the conference. The contact information for the conference is as follows:

\*\*Please call in 5 minutes prior to start of conference.\*\*

1. Toll free number: 888-808-6929

2. Access code: 9923187

3. Participant Security Code: 081921

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

**IT IS SO ORDERED.**

SIGNED this 1st day of July, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE